**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DESIRIQUE E. PAYNE, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:25-CV-1192 |
| | § | |
| OLUTEMI ODEYMI, | § | |
| | § | |
| Appellee. | § | |

## MEMORANDUM AND ORDER

Appellee Olutemi Odeymi is ordered to file a response to Appellant Desirique E. Payne's

Emergency Motion for Stay Pending Appeal (#3) on or before **Monday, November 10, 2025**.

SIGNED at Beaumont, Texas, this 4th day of November, 2025.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE